**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2513**
_____

JOSEPH R. THAMES,

Plaintiff - Appellant,

v.

SANDHILLS PICK N PULL; SEVIKINANDNA MCKETHEAN, a/k/a Stephen / Steven / S McKethean; ADONTE MACON; TARYN NEWBORNE; TRASHOUT.BIZ JUNK REMOVAL AND HAULING; SEVIKINANDNA MCKETHEAN, JR., a/k/a Sevzikinandan McKethean; JOHN DOES 2-50,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:25-cv-00142-D-KS)

_____

Submitted:  June 25, 2026                          Decided:  June 29, 2026

_____

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph R. Thames, Appellant Pro Se.  Daniel Joseph Burke, HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph R. Thames appeals the district court's order granting the defendants' motion to dismiss and dismissing without prejudice Thames's pro se civil complaint for lack of subject matter jurisdiction.[*]  We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *Thames v. Sandhills Pick N Pull*, No. 5:25-cv-00142-D-KS (E.D.N.C. Oct. 2, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although Thames's informal brief also mentions the district court's order denying his motion for reconsideration, Thames neither filed a separate notice of appeal from that order nor amended his notice of appeal to include that order.  *See* Fed. R. App. P. 4(a)(4)(B)(ii).